NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MSN LABORATORIES PRIVATE LTD., MSN PHARMACEUTICALS, INC.,**
*Appellants*

**v.**

**BAUSCH HEALTH IRELAND LTD.,**
*Appellee*

---

2026-1595

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00722 and IPR2023-00016.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of appellants' unopposed motion to voluntarily dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b), and the parties' agreement as to the allocation of costs,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

2   MSN LABORATORIES PRIVATE LTD. v. BAUSCH HEALTH IRELAND
LTD.

(2)  Each side shall bear its own cost.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

April 14, 2026
Date

ISSUED AS A MANDATE:  April 14, 2026